PROB 12C
(6/16)

Report Date:  August 22, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 23, 2024

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of offender: Travis Ryan Keene          Case Number: 0980 2:24CR00041-MKD-1

Address of Offender: ███████████████ Spokane, Washington 99208

Name of Sentencing Judicial Officer: The Honorable Lawrence J. O'Neill, U.S. District Court Judge
Name of Sentencing Judicial Officer:  The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: August 29, 2016

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of Firearm, 18 U.S.C. § 922(g)(1) | | |
| Original Sentence: | Prison - 90 months;<br>TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | U.S. Attorney's Office | Date Supervision Commenced: | January 24, 2024 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: | January 23, 2027 |

---

## PETITIONING THE COURT

To issue a summons.

On January 24, 2024, the undersigned officer reviewed a copy of the conditions of supervision with Mr. Keene as outlined in the judgment and sentence. Mr. Keene acknowledged an understanding of those conditions.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another federal, state or local crime. |

**Supporting Evidence**: Mr. Keene allegedly violated the above-stated condition on August 16, 2024. On that date, Mr. Keene was charged by the Coeur d'Alene Police Department (CPD) for misdemeanor resisting and obstructing officers, pursuant to CPD incident report 24C33351.

According to CPD  report 24C33351, local officers were assigned to a call of a fight in progress occurring on August 16, 2024. Officers arrived on scene and observed Mr. Keene being restrained by security staff. Officers approached Mr. Keene and he fled on foot. Mr. Keene was eventually apprehended and charged with the aforementioned crime.

Mr. Keene was transported to the Kootenai County Jail without further incident. At the time of this report, charges against Mr. Keene remain pending.

Prob12C
**Re: Keene, Travis Ryan**
**August 22, 2024**
**Page 2**

2          **Mandatory Condition # 2**: The defendant shall not commit another federal, state or local crime.

**Supporting Evidence**: Mr. Keene allegedly violated the above-stated condition on August 16, 2024. On that date, Mr. Keene was charged by the Coeur d'Alene Police Department (CPD) for misdemeanor battery, pursuant to CPD incident report 24C33351.

According to CPD report 24C33351, local officers were assigned to a call of a fight in progress occurring on August 16, 2024. Officers arrived on scene and interviewed staff and bystanders following an altercation. Officers learned Mr. Keene was an aggressor by striking a male victim in the face with his fist. Additionally, Mr. Keene was reported to have shoved a female victim in the chest and face with his palm.

Mr. Keene was transported to the Kootenai County Jail without further incident. At the time of this report, charges against Mr. Keene remain pending.

3          **Standard Condition # 1**: The defendant shall not leave the judicial district without permission of the court or probation officer.

**Supporting Evidence**: It is alleged Mr. Keene violated the above-stated condition on August 16, 2024. On that date, Mr. Keene was arrested in the District of Idaho by the Coeur d'Alene Police Department. Mr. Keene did not have permission to leave the Eastern District of Washington by the Court or his probation officer.

4          **Standard Condition # 11**: The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.

**Supporting Evidence**: It is alleged Mr. Keene violated the above-stated condition of supervision by failing to notify the undersigned of his arrest by the Coeur d'Alene Police Department (CPD) on August 16, 2024.

According to CPD report 24C33351, Mr. Keene was arrested for misdemeanor battery and resisting/obstructing law enforcement officers on August 16, 2024.

On August 17, 2024, Mr. Keene bonded out of the Kootenai County Jail. However, he failed to report this law enforcement contact to the undersigned officer.

5          **Special Condition # 4**: The defendant shall abstain from the use of alcoholic beverages and shall not frequent those places where alcohol is the chief item of sale.

**Supporting Evidence**: It is alleged that Mr. Keene violated the above-stated condition of supervision by consuming alcoholic beverages, on or about August 16, 2024.

According to CPD report 24C33351, Mr. Keene was initially contacted at Mik's, a bar and night club located in Coeur d'Alene, Idaho. Mr. Keene attempted to flee from responding

Prob12C
**Re: Keene, Travis Ryan**
**August 22, 2024**
**Page 3**

officers, but was eventually apprehended. During the interaction with Mr. Keene, they noted he appeared very intoxicated which impacted his decision making and to run from them as well.

Mr. Keene is prohibited from consuming alcoholic beverages and frequenting places where alcohol is the chief item of sale.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    08/22/2024

s/Mark E. Hedge

Mark E. Hedge
U.S. Probation Officer

---

## THE COURT ORDERS

[  ]  No Action
[  ]  The Issuance of a Warrant
[ X ]  The Issuance of a Summons
[  ]  Other

*m. k. Dimke*

Signature of Judicial Officer

8/23/2024

Date